**Opinion issued April 14, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-19-00964-CV

_____

## IN RE GERARDO CHAVEZ-RIVERA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Gerardo Chavez-Rivera, has filed a petition for writ of mandamus challenging the trial court's order striking his expert designations.[1] We deny the petition.

---

[1] The underlying case is *Denton Chiles v. Gerardo Chavez-Rivera*, cause number 2018-11012, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.